IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED

MAR 15 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| MELINDA SCOTT, | ) |
| Plaintiff, | ) Case No. 1:17CV10 |
| v. | ) ORDER |
| TWELVE TRIBES, | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

The pro se plaintiff has submitted a written Application to Proceed in District Court without Prepaying Fees or Costs, along with a proposed Complaint. In her Complaint, she alleges that the defendant, a business located in California, employs Ramon Carcamo, who owes her child support. She alleges that the defendant assists Carcamo in evading his obligation to pay the child support. She seeks monetary relief in the amount of $19,800.

The plaintiff asserts subject-matter jurisdiction based upon diversity of citizenship. However, the amount in controversy does not exceed the sum or value of $75,000, a prerequisite for such jurisdiction. 28 U.S.C. § 1332(a). There appears to be no other basis for federal court jurisdiction or for that matter, proper venue in this court. 28 U.S.C. § 1391.

For these reasons, it is **ORDERED** as follows:

1. The Application to Proceed in District Court without Prepaying Fees or Costs is GRANTED and the Clerk shall file the Complaint; and

2. The case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

ENTER: March 15, 2017

/s/ James P. Jones
United States District Judge