CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUN 28 2017
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE WESTERN DISTRICT COURT OF VIRGINIA
## BIG STONE GAP DIVISION

| | | |
|---|---|---|
| Melinda Scott, | ) | |
| Plaintiff, | ) | |
| v. | ) | CL NO 1:17CV10 |
| Twelve Tribes, | ) | |
| Defendant. | ) | |

### Motion to Seal Filings

COMES NOW, the Plaintiff, and requests pursuant to Federal Rule 5.2(d) and 5.2(e)(2) that all Pacer.gov records for Case Number 1:17CV10 be concealed from Andrew Carlson. Plaintiff requests this relief on the basis that there is an active Protective Order in Wise County Circuit Court against Andrew Carlson to protect the Plaintiff. Plaintiff has previously furnished a copy of the aforementioned Protective Order to this Honorable Court. Plaintiff has knowledge that Andrew Carlson is using Pacer.gov as another means of Stalking and Harassment.

I ASK FOR THIS

_/s/ Melinda Scott_
Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, Virginia
540.692.2342
mscottw@gmu.edu